UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

F. ANTHONY EDWARDS, et al.,

　　　　Plaintiffs,

　　v.

INTERNAL REVENUE SERVICES, et al.,

　　　　Defendants.

Case No. 14-cv-02852-VC

**ORDER**

On June 20, 2014, the plaintiffs moved for a temporary restraining order. (Docket No. 2). The defendants are ordered to respond to this motion by June 24, 2014. The plaintiffs are directed to reply by June 26, 2014 at 12:00 p.m. If the court has not already decided the motion, a hearing will take place on June 27, 2014 at 2:30 p.m. in Courtroom 10, 19th Floor, 450 Golden Gate Ave., San Francisco, CA 94102.

The plaintiffs are directed to serve the defendants with a copy of this order, along with the complaint and the motion for a temporary restraining order by June 23, 2014 at 12:00 p.m.

**IT IS SO ORDERED.**

Dated: June 20, 2014

VINCE CHHABRIA
United States District Judge