UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F. ANTHONY EDWARDS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> INTERNAL REVENUE SERVICES, et al., <br><br> Defendants. | Case No.  14-cv-02852-VC <br><br> **ORDER DENYING TEMPORARY RESTRAINING ORDER** <br><br> Re: Dkt. No. 2 |

The application for a temporary restraining order is denied, and the hearing previously scheduled on the application is vacated.

In its response to the application for a temporary restraining order, the government asked the court to dismiss the case. The court will construe the response as a motion to dismiss, but will not consider dismissal of the case without giving the plaintiffs an appropriate amount of time to respond. Accordingly, the plaintiffs are ordered to file a response to the motion to dismiss within 14 days of the date of this order, or July 11, 2014. The government is ordered to file a reply on July 18, 2014. A hearing is scheduled for August 14, 2014, at 10 a.m. The court will inform the parties if it determines that the motion to dismiss can be decided on the papers without a hearing.

**IT IS SO ORDERED.**

Dated: June 27, 2014

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

F. ANTHONY EDWARDS, et al.,

    Plaintiffs,

v.

INTERNAL REVENUE SERVICES, et al.,

    Defendants.

Case No. 14-cv-02852-VC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 6/27/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

F. Anthony Edwards
434 Iron Club Drive
Brentwood, CA 94513

Sharon de Edwards
434 Iron Club Drive
Brentwood, CA 94513

Dated: 6/27/2014

Richard W. Wieking
Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA